Erie Coach Company *v.* Erie Bus Company,
Appellant.

Argued March 16, 1960. Before JONES, C. J., MUS-
MANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Samuel M. Baker,* with him *English, Gilson, Baker
and Bowler,* for appellant.

*Frank B. Quinn,* with him *Howard N. Plate,* and
*Quinn, Leemhuis, Plate & Dwyer,* for appellee.

OPINION PER CURIAM, April 19, 1960:
This action in assumpsit was tried to the court sit-
ting without a jury by agreement of the parties. The
court made specific findings of fact and conclusions
of law and found accordingly in favor of the plaintiff
company in the sum of $28,266.84, with interest there-
on from May 16, 1955. The defendant filed exceptions
to the trial judge's findings and conclusions, which ex-
ceptions, after argument thereon before the court en
banc, were dismissed and judgment was entered on the
trial court's verdict for the plaintiff. The findings of
the trial judge, having evidence to support them, and

having been confirmed by the court en banc, have the weight of a jury's verdict and support the judgment in favor of the plaintiff company.

Judgment affirmed.